UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES K. BISHOP, | ) | CASE NO. 4:26-cv-616 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT A. WASHAM, | ) | **MEMORANDUM OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

## I.      INTRODUCTION

*Pro se* Plaintiff James K. Bishop has filed a civil complaint against Defendant Scott A. Washam, asserting two claims for denial of due process.  (ECF No. 1).  With his complaint, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP Motion").  (ECF No. 2).  The IFP Motion is **GRANTED**.  For the reasons discussed below, Plaintiff's complaint is **DISMISSED**.

## II.      STANDARD OF REVIEW

Plaintiff is proceeding *in forma pauperis*, so his complaint is subject to initial screening under 28 U.S.C. § 1915(e)(2)(B).  Under that statute, federal district courts are expressly required to screen all *in forma pauperis* complaints filed in federal court, and to dismiss before service any such complaint that the court determines is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary damages from a defendant who is immune from such relief.  *See Hill v. Lappin*, 630 F.3d 468, 470–71 (6th Cir. 2010) (holding that the dismissal standard articulated in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) for determining a motion to dismiss under Fed. R. Civ. P. 12 (b)(6) governs dismissals for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)).

1

### III.  DISCUSSION

The Court finds that Plaintiff's complaint warrants dismissal as frivolous pursuant to § 1915(e)(2)(B) because it is duplicative.  The complaint filed in this case is identical (word for word with the same parties and causes of action) to a complaint previously filed by Plaintiff in another case in this District, which is still pending.  *Compare* Compl. *Bishop v. Washam*, No. 4:26-cv-1 (N.D. Ohio Jan. 2, 2026) (Pearson, J.), *with* (ECF No. 1).  Under Sixth Circuit precedent, district courts may dismiss duplicative actions as frivolous under § 1915(e).  *See, e.g., Belser v. Washington*, No. 16-2634, 2017 WL 5664908, *1–2 (6th Cir. Sept. 13, 2017) (citing cases and affirming district court's dismissal of duplicative case as frivolous in accordance with § 1915(e)(2)(B)); *Peoples v. Reno*, No. 00-1086, 2000 U.S. App. LEXIS 24779, 2000 WL 1477502, at *1 (6th Cir. Sept. 26, 2000); *see also Cummings v. Mason*, No. 1:11-cv-649, 2011 U.S. Dist. LEXIS 75474, 2011 WL 2745937, at *1 (W.D. Mich. July 13, 2011) (holding that a "complaint that merely repeats pending or previously litigated claims may be dismissed under 28 U.S.C. § 1915(e)(2)(i) as frivolous or malicious"); *Nichols v. Kaure*, No. 23-12286, 2024 LX 241711, at *3–5 (E.D. Mich. Jan. 9, 2024) (collecting cases).  Accordingly, Plaintiff's duplicative complaint will be *sua sponte* dismissed as frivolous.

### IV.  CONCLUSION

For the foregoing reasons, Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. §1915(e).  The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

Date: March 25, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**